IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SAM R. SIMPSON, #23417                                                              PETITIONER

VERSUS                                            CIVIL ACTION NO.  5:05cv204DCB-RHW

CHRISTOPHER EPPS AND JIM HOOD                                              RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to exhaust available state court remedies.

SO ORDERED AND ADJUDGED, this the   23rd   day of June, 2006.


                                   s/ David Bramlette
                                UNITED STATES DISTRICT JUDGE